# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH NEAL SANBERG, <br><br> Defendant. | Case No. 8:25-cv-01848-MRA-KESx <br><br> **ORDER CONTINUING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S DEADLINE TO FILE DEFAULT MOTION  [20]** |

The Court, having considered the Parties' Joint Stipulation to Continue Plaintiff Securities and Exchange Commission's ("SEC") Deadline to File Default Motion, and for good cause shown, hereby ORDERS that the deadline to file the SEC's Default Motion against Defendant Joseph Neal Sanberg is continued from July 10, 2026 to August 7, 2026.

**IT IS SO ORDERED.**

Date: May 1, 2026

HON. MONICA RAMIREZ ALMADANI
United States District Judge

2