DANIEL S. LIM (Cal. Bar No. 292406)
Email: limda@sec.gov
DOHOANG T. DUONG (Cal. Bar No. 219127)
Email: duongdo@sec.gov
MATTHEW T. MONTGOMERY (Cal. Bar No. 260149)
Email: montgomerym@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent W. Wilner, Associate Director
Stephen Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH NEAL SANBERG,<br><br>Defendant. | Case No. 8:25-cv-01848-MRA-KES<br><br>**JOINT STIPULATION TO CONTINUE PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S DEADLINE TO FILE DEFAULT MOTION** |

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Joseph Neal Sanberg ("Defendant"), through their respective counsel, jointly stipulate as follows:

WHEREAS, on August 21, 2025, the SEC filed a Complaint against Defendant, alleging violations of the securities laws based, in part, on Defendant's scheme to artificially inflate revenue for Aspiration Partners, Inc. (Dkt. No. 1);

WHEREAS, on October 20, 2025, Defendant pleaded guilty to two counts of wire fraud in a federal criminal case admitting to conduct that is included within the scheme alleged in the Complaint (*U.S. v. Sanberg*, 2:25-cr-00200-SVW (C.D. Cal.), Dkt. Nos. 41, 43, 58));

WHEREAS, on November 5, 2025, at the request of the SEC, the clerk of the court entered a default against Defendant on the claims alleged against him in the Complaint (Dkt. No. 12);

WHEREAS, on November 15, 2025, the Court directed the SEC to file a motion for default judgment on or before December 5, 2025 and indicated that the motion should seek a ruling not only as to Defendant's liability on the SEC's claims but also seek the appropriate relief (Dkt. No. 13);

WHEREAS, due to continuances in the criminal matter, the Court granted the parties' prior stipulations to continue the filing deadline for the motion for default judgment, and most recently set the deadline for August 7, 2026 (Dkt. Nos. 17, 19, 21);

WHEREAS, on June 1, 2026, the court in the criminal matter sentenced Defendant to 14 years' imprisonment on the two counts of wire fraud and stated that "a final determination of victim[s'] losses will be ordered at a deferred restitution hearing [set for July 20, 2026]" (*U.S. v. Sanberg.*, Dkt. No. 150);

WHEREAS, on July 15, 2026, the court in the criminal matter continued the restitution hearing to September 28, 2026 (*U.S. v. Sanberg.*, Dkt. No. 175);

WHEREAS, the parties agree that postponing the SEC's default motion until after the issue of restitution in the criminal case is resolved will allow the SEC to make

2

a more informed request for remedies to this Court in its motion for default judgment, and possibly minimize the burden, fees, costs, and/or other expenses to Defendant;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by the SEC and Defendant that the August 7, 2026 deadline to file a motion for default be continued to October 23, 2026, after the restitution hearing scheduled for September 28, 2026.

Dated:  July 22, 2026

Respectfully submitted,

*/s/ Daniel S. Lim*

Daniel S. Lim
Attorney for Plaintiff
Securities and Exchange Commission

Dated:  July 22, 2026

Joseph Neal Sanberg
Defendant, appearing *pro se*

3

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On July 22, 2026, I caused to be served the document entitled **JOINT STIPULATION TO CONTINUE PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S DEADLINE TO FILE DEFAULT MOTION** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  July 22, 2026                              */s/ Daniel S. Lim*

                                                          Daniel S. Lim

*SEC v. Joseph Neal Sanberg*
**United States District Court—Central District of California**
**Case No. 8:25-cv-01848-MRA-KES**

## SERVICE LIST

Joseph Neal Sanberg
███████████████████
Orange, CA ██████
*Pro Se*