**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>vs.<br>JOSEPH NEAL SANBERG,<br>Defendant. | Case No. 8:25-cv-01848-MRA-KES<br>**ORDER CONTINUING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S DEADLINE TO FILE DEFAULT MOTION [24]** |

The Court, having considered the Securities and Exchange Commission's ("SEC") *ex parte* application to continue the deadline to file default motion, and for good cause shown, hereby ORDERS that the deadline to file the SEC's default motion against Defendant Joseph Neal Sanberg is continued from October 23, 2026 to December 2, 2026.

**IT IS SO ORDERED.**

Date: October 14, 2026

HON. MONICA RAMIREZ ALMADANI
United States District Judge